IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00633–CMA–KMT

ERIC KARR,

    Plaintiff,

v.

THEREX Inc., a corporation registered in Delaware and authorized to do business in Colorado, and
CENTURA HEALTH CORPORATION, d/b/a St. Anthony Hospital
Central, a Colorado non-profit corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend the Caption" (Doc. No. 27, filed October 18, 2010) is GRANTED. The caption shall be amended to substitute "CATHOLIC HEALTH INITIATIVES COLORADO d/b/a Centura Health-St. Anthony Central Hospital, a Colorado non-profit corporation" in place of "Centura Health Corporation, d/b/a St. Anthony Hospital Central, a Colorado non-profit corporation."

Dated: October 18, 2010