**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00633-WJM-KMT

ERIC KARR,

      Plaintiff,

v.

THEREX INC., a corporation registered in Delaware and authorized to do business in Colorado; and, CATHOLIC HEALTH INITIATIVES COLORADO d/b/a Centura Health - St. Anthony Central Hospital, a Colorado non-profit corporation,

      Defendants.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

---

Pursuant to the Stipulation of the parties filed on February 24, 2011 (Doc. #36), this action is DISMISSED WITH PREJUDICE. Each party is to pay his or its own attorneys' fees and costs.

DATED: February 24, 2011

                BY THE COURT:

                *s/ William J. Martínez*
                United States District Judge